# UNITED STATES BANKRUPTCY COURT
### FOR THE WESTERN DISTRICT OF PENNSYLVANIA
### PITTSBURGH DIVISION

In re   James J. Solinski and Cheryl L. Solinski          Case No.   2:18-bk-22625

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a).  Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| Community Loan Servicing, LLC as servicing agent for Lakeview Loan Servicing, LLC | Lakeview Loan Servicing LLC as serviced by Loancare, LLC |
|---|---|
| Name of Transferee | Name of Transferor |

Name and Address where notices to transferee should be sent:
**Community Loan Servicing, LLC**
**4425 Ponce De Leon Blvd. 5th Floor**
**Coral Gables, Florida 33146**

Court Claim # (if known):   8-1
Amount of Claim:   $212,395.09
Date Claim Filed:   9/7/18

Phone:   866-709-3400
Last Four Digits of Acct #   5758

Phone:
Last Four Digits of Acct #   0371

Name and Address where transferee payments should be sent (if different from above):
**Community Loan Servicing, LLC**
**4425 Ponce De Leon Blvd. 5th Floor**
**Coral Gables, Florida 33146**

Phone:   866-709-3400
Last Four Digits of Acct #:   5758

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By:   /s/Ciro A Mestres                          Date:   12/20/2021
       Authorized Agent for Transferee

Penalty for making a false statement:  Fine of up to $500,000 or imprisonment for up to 5 years, or both.  18 U.S.C. §§ 152 & 3571

COMMUNITY LOAN SERVICING, LLC PROVIDES A DEDICATED TEAM AND TOLL-FREE NUMBER (855-657-7531) TO BETTER ASSIST CHAPTER 13 TRUSTEES WITH ANY QUESTIONS OR TO CONTACT COMMUNITY LOAN SERVICING, LLC.

| | |
|---|---|
| In Re: | Bankruptcy Case No.: 2:18-bk-22625 |
| James J. Solinski and Cheryl L. Solinski | |
| | Chapter: 13 |
| | Judge: Gregory L. Taddonio |

## CERTIFICATE OF SERVICE

I, Ciro A Mestres, of McCalla Raymer Leibert Pierce, LLC, 1544 Old Alabama Road, Roswell, Georgia 30076, certify:

That I am, and at all times hereinafter mentioned, was more than 18 years of age;

That on the date below, I served a copy of the within Transfer of Claim filed in this bankruptcy matter on the following parties at the addresses shown, by regular United States Mail, with proper postage affixed, unless another manner of service is expressly indicated:

James J. Solinski and Cheryl L. Solinski
625 GLENGARRY CT, PITTSBURGH, PA 15239


Kenneth Steidl                                            (*served via ECF Notification*)
SUITE 2830 GULF TOWER, PITTSBURGH, PA 15219


Ronda J. Winnecour, Trustee                    (*served via ECF Notification*)
SUITE 3250, USX TOWER, 600 GRANT STREET, PITTSBURGH, PA 15219


United States Trustee                                   (*served via ECF Notification*)
**Office of the United States Trustee**
Liberty Center.
1001 Liberty Avenue, Suite 970
Pittsburgh, PA 15222

I CERTIFY UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT.


Executed on:    12/20/2021            By:    /s/Ciro A Mestres
                      (date)                              Ciro A Mestres
                                                                Authorized Agent for Transferee