# Notice Recipients

| | | |
|---|---|---|
| District/Off: 0315−2 | User: dkam | Date Created: 12/21/2021 |
| Case: 18−22625−GLT | Form ID: trc | Total: 1 |

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
14911812    LakeView Loan Servicing, LLC        LoanCare, LLC        3637 Sentara Way        Virginia Beach, VA 23452

TOTAL: 1