**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

08/29/2022

IN RE:

JAMES J. SOLINSKI
CHERYL L. SOLINSKI
625 GLENGARRY CT.
PITTSBURGH,  PA  15239
XXX-XX-5927         Debtor(s)

XXX-XX-3849

Case No.18-22625 GLT

Chapter 13

## NOTICE OF CLAIMS FILED AND INTENTION TO PAY CLAIMS

NOTICE IS HEREBY GIVEN of claims filed and the intention of the Chapter 13 Trustee to pay the claims of creditors named below, in the amounts* and manner authorized by the terms and provisions of the confirmed Chapter 13 Plan, the order confirming the Plan, and applicable rules.

This Notice is filed as a courtesy, to inform all parties of the claims the Trustee has found in the case.  This Notice does not seek authorization to pay claims, as that authorization already exists in the form of plan terms, applicable rules, and confirmation orders.  Any party who objects to the allowance of a filed claim must file a formal objection to the claim itself, NOT an objection to this Notice.

This Notice should not be construed as altering the deadlines for filing objections to proofs of claim, as contained in the Federal Rules of Bankruptcy Procedure, the confirmed Chapter 13 Plan, or the order confirming the Chapter 13 Plan.  Pursuant to 11 U.S.C. § 502 (a), the claims which have been filed as stated above will be deemed allowed for purposes of distribution and shall be paid unless the debtor or other party in interest has timely objected to the claim, and provided notice of the objection to the Trustee, prior to the claim being paid by the Trustee.

The following claim information is derived from one or more of the following sources: the debtor(s)' Chapter 13 Plan, proofs of claim, and the order confirming the plan. The list does not include claims which have been disallowed, withdrawn, or claims not provided for in the Chapter 13 Plan for which proofs of claim have not been filed.  Some of the claims listed on the following pages may have already been fully or partially paid by the Trustee.  To determine whether or not any payments have already been disbursed on a claim, please consult the Trustee's web site at www.13network.com.

*Unless the Chapter 13 Plan provides for a 100% payment of unsecured claims and is adequately funded to pay 100%, the actual percentage dividend which will be paid to the holders of allowed unsecured claims is not presently known .

In accordance with the provisions of the Chapter 13 Plan and local rules, the amount and percentage dividend to which unsecured creditors are entitled will be determined during the Trustee's final audit of this case. An adjustment of the percentage to be paid to the unsecured creditors will be performed after the Trustee has calculated the actual amount of funds available for distribution to unsecured creditors, after determining the amounts needed to complete payments on the secured and priority claims. Notwithstanding the fact that the final calculation will not be done until final audit, the Trustee will distribute funds to unsecured creditors, in accordance with the Chapter 13 Plan and Bankruptcy Code priorities, when and as funds allow.

/s/ RONDA J. WINNECOUR
RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

I herein certify that a copy of this notice was served upon the listed creditors of record of this date and the debtor(s) and debtor(s) attorney of record on this date by regular U.S. Mail, postage prepaid, at the address as it appears in the records hereof.

8/29/2022

/s/Trustee'sAdministrativAssistant
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

SEE NEXT PAGE FOR CLAIMS

**CLAIM RECORDS**

| Creditor | Trustee Claim # | INT % | Court Claim # | CRED DESC | Account No. | Claim | Comment |
|---|---|---|---|---|---|---|---|
| KERI P EBECK ESQ<br>BERNSTEIN BURKLEY<br>601 GRANT ST 9TH FL<br>PITTSBURGH, PA 15219 | 1 | 0.00% |  | NOTICE ONLY |  | 0.00 | DUQ LITE/PRAE |
| ALLY BANK(*)<br>ATTN TRUSTEE PAYMENT CENTER<br>PO BOX 78367<br>PHOENIX, AZ 85062-8367 | 2 | 5.00% | 1 | VEHICLE | 7887 | 8,347.78 | $CL-PL@5%/PL |
| HYUNDAI LEASE TITLING TRUST<br>PO BOX 20825<br>FOUNTAIN VALLEY, CA 92728 | 3 | 0.00% | 2 | PRIORITY CREDITOR | 5993 | 12,738.36 | RS/OE*SURR/PL*DK |
| LAKEVIEW LOAN SERVICING LLC<br>C/O COMMUNITY LOAN SERVICING LLC<br>4425 PONCE DE LEON BLVD 5TH FL<br>CORAL GABLES, FL 33146 | 4 | 0.00% | 8 | MORTGAGE REGULAR PAYMENT | 5758 | 0.00 | PMT/DECLAR*DKT4LMT-PMT*BGN 7/18*FR LOANCARE-DOC 87*NTC-RSV |
| MCCABE WEISBERG & CONWAY PC<br>1ST UNION BLDG<br>123 S BROAD ST STE 1400<br>PHILADELPHIA, PA 19109 | 5 | 0.00% |  | NOTICE ONLY |  | 0.00 |  |
| ACCEPTANCE NOW<br>5501 HEADQUARTERS DR<br>PLANO, TX 75024 | 6 | 0.00% |  | UNSECURED CREDITOR | 7934 | 0.00 |  |
| CAPITAL ONE BANK (USA) NA BY AMERICAN INF<br>PO BOX 71083<br>CHARLOTTE, NC 28272-1083 | 7 | 0.00% | 6 | UNSECURED CREDITOR | 1873 | 1,689.78 | NO$/SCH |
| LAKEVIEW LOAN SERVICING LLC<br>C/O COMMUNITY LOAN SERVICING LLC<br>4425 PONCE DE LEON BLVD 5TH FL<br>CORAL GABLES, FL 33146 | 8 | 0.00% | 8 | MORTGAGE ARR. | 5758 | 25,899.32 | $/CL-PL@LOANCARE*THRU 6/18*FR LOANCARE-DOC 87*NTC-RSV |
| PEOPLES NATURAL GAS CO LLC*<br>ATTN BANKRUPTCY DEPARTMENT<br>375 NORTH SHORE DR<br>PITTSBURGH, PA 15212 | 9 | 0.00% |  | NOTICE ONLY |  | 0.00 | /PRAE |
| VERIZON BY AMERICAN INFOSOURCE LP - AGE<br>PO BOX 248838<br>OKLAHOMA CITY, OK 73124-8838 | 10 | 0.00% | 3 | UNSECURED CREDITOR | 0001 | 252.03 | NT/SCH |

| Creditor | Trustee Claim Info | Cred Desc / Account |
|---|---|---|
| **VERIZON BY AMERICAN INFOSOURCE LP - AGE**<br>PO BOX 248838<br>OKLAHOMA CITY, OK  73124-8838 | Trustee Claim Number:11  INT %: 0.00%<br>Court Claim Number:4<br>CLAIM: 1,066.86<br>COMMENT: NT/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 0001 |
| **US DEPARTMENT OF HUD****<br>2401 NW 23RD ST STE 1A1<br>OKLAHOMA CITY, OK  73107 | Trustee Claim Number:12  INT %: 0.00%<br>Court Claim Number:5<br>CLAIM: 0.00<br>COMMENT: NO PMTS/CONF*NT PROV/PL*NT YET DUE*2ND/CL*62946.75/CL | CRED DESC: MORTGAGE PAID IN FULL<br>ACCOUNT NO.: 8452 |
| **DUQUESNE LIGHT COMPANY***<br>ATTN. LITIGATION COUNSEL<br>411 SEVENTH AVE<br>MAIL DROP 16-1<br>PITTSBURGH, PA  15219 | Trustee Claim Number:13  INT %: 0.00%<br>Court Claim Number:7<br>CLAIM: 394.54<br>COMMENT: NT/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 8441 |
| **WILLIAM E CRAIG ESQ**<br>MORTON AND CRAIG<br>110 MARTER AVE STE 301<br>MOORESTOWN, NJ  08057 | Trustee Claim Number:14  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: HYUNDAI LEASE/PRAE | CRED DESC: NOTICE ONLY<br>ACCOUNT NO.: |
| **CREDIT ACCEPTANCE CORP***<br>ATTN: BANKRUPTCY DEPT*<br>25505 W 12 MILE RD STE 3000*<br>SOUTHFIELD, MI  48034-8339 | Trustee Claim Number:15  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: PMT/PL*BGN 9/20*249.72x(34 REM+2)=LMT | CRED DESC: Post Petition Claim (1305)<br>ACCOUNT NO.: 7879 |
| **AIS PORTFOLIO SERVICES (AMERICAN INFO SC**<br>ATTN BANKRUPTCY NOTICING<br>4515 N SANTA FE AVE DEPT APS<br>OKLAHOMA CITY, OK  73118 | Trustee Claim Number:16  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: ALLY BANK/PRAE | CRED DESC: NOTICE ONLY<br>ACCOUNT NO.: |
| **KML LAW GROUP PC***<br>701 MARKET ST STE 5000<br>PHILADELPHIA, PA  19106 | Trustee Claim Number:17  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: LAKEVIEW LN/PRAE | CRED DESC: NOTICE ONLY<br>ACCOUNT NO.: |