FILED
8/31/22 11:35 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: | : | |
| James J. Solinski | : | Case No. 18-22625 GLT |
| Cheryl L. Solinski | : | Chapter 13 |
| Debtors | : | Document No. |
| | : | |
| James J. Solinski | : | |
| Cheryl L. Solinski | : | Related to Document Nos. 92 and 97 |
| Movants | : | |
| | : | |
| vs. | : | |
| | : | |
| Ronda Winnecour, Trustee, Office of the | : | |
| U.S. Trustee, Acceptance Now, Ally Bank, | : | |
| Ally Financial, Capital One Bank, | : | |
| Community Loan, Duquesne Light Co., | : | |
| Hyundai Lease Trust, Kia Financial, | : | |
| LakeView Loan Servicing, Loancare | : | |
| Servicing Center, PA Dept. of Revenue, | : | |
| Peoples Natural Gas, US Dept. of Education, | : | |
| Verizon | : | |
| Respondents | : | |

## ORDER OF COURT

AND NOW, to wit, this ___31st___ day of ___August___, 2022, it is hereby ORDERED, ADJUDGED, and DECREED that:

1) The Motion to Approve the Debtors to Obtain Student Loan Financing filed at docket number 92 is hereby WITHDRAWN;
2) The hearing scheduled for September 14, 2022 at 1:00 p.m. is hereby CANCELLED.


Dated: 8/31/22

Hon. Gregory L. Taddonio
U.S. Bankruptcy Judge

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 18-22625-GLT |
| James J. Solinski | Chapter 13 |
| Cheryl L. Solinski | |
|     Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-2 | User: auto | Page 1 of 2 |
| Date Rcvd: Aug 31, 2022 | Form ID: pdf900 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol       Definition**

\+             Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 02, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | James J. Solinski, Cheryl L. Solinski, 625 Glengarry Ct., Pittsburgh, PA 15239-5314 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 02, 2022           Signature:    /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 31, 2022 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Brian Nicholas | |
| | on behalf of Creditor LAKEVIEW LOAN SERVICING LLC bnicholas@kmllawgroup.com |
| Kenneth Steidl | |
| | on behalf of Debtor James J. Solinski julie.steidl@steidl-steinberg.com ken.steidl@steidl-steinberg.com;ifriend@steidl-steinberg.com;asteidl@steidl-steinberg.com;todd@steidl-steinberg.com;rlager@steidl-steinberg.com;leslie.nebel@steidl-steinberg.com;jseech@steidl-steinberg.com |
| Kenneth Steidl | |
| | on behalf of Joint Debtor Cheryl L. Solinski julie.steidl@steidl-steinberg.com ken.steidl@steidl-steinberg.com;ifriend@steidl-steinberg.com;asteidl@steidl-steinberg.com;todd@steidl-steinberg.com;rlager@steidl-steinberg.com;leslie.nebel@steidl-steinberg.com;jseech@steidl-steinberg.com |
| Keri P. Ebeck | |
| | on behalf of Creditor Duquesne Light Company kebeck@bernsteinlaw.com  jbluemle@bernsteinlaw.com |

| | | |
|---|---|---|
| District/off: 0315-2 | User: auto | Page 2 of 2 |
| Date Rcvd: Aug 31, 2022 | Form ID: pdf900 | Total Noticed: 1 |

Marisa Myers Cohen
    on behalf of Creditor LAKEVIEW LOAN SERVICING  LLC ecfmail@ecf.courtdrive.com, mcohen@mwc-law.com

Office of the United States Trustee
    ustpregion03.pi.ecf@usdoj.gov

Raymond M Kempinski
    on behalf of Creditor LakeView Loan Servicing  LLC ecfmail@mwc-law.com, ecfmail@ecf.courtdrive.com

Ronda J. Winnecour
    cmecf@chapter13trusteewdpa.com

S. James Wallace
    on behalf of Creditor Peoples Natural Gas Company LLC ecfpeoples@grblaw.com Equitablebankruptcy@peoples-gas.com

William E. Craig
    on behalf of Creditor Hyundai Lease Titling Trust ecfmail@mortoncraig.com mhazlett@mortoncraig.com;mortoncraigecf@gmail.com

TOTAL: 10