Form 604

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

IN RE:

| | | |
|---|---|---|
| **James J. Solinski** | : | Case No. 18−22625−GLT |
| **Cheryl L. Solinski** | : | Chapter: 13 |
| *Debtor(s)* | : | |
| | : | |
| **RONDA J. WINNECOUR, Trustee,** | : | |
| *Movant(s),* | : | |
| | : | Related to Document No. 124 |
| v. | : | |
| **No Respondents** | : | Hearing Date: 11/29/23 at 11:00 AM |
| *Respondent(s).* | : | |
| | : | |

## ORDER SCHEDULING DATE
## FOR RESPONSE AND HEARING ON MOTION

**AND NOW,** this *The 27th of September, 2023*, a *Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements* (the "Motion") having been filed at Doc. No. 124 by the Chapter 13 Trustee,

It is hereby **ORDERED, ADJUDGED** and **DECREED** that:

(1) **On or before November 10, 2023**, any *Response*, including a consent to the Motion, shall be filed with the Clerk's Office at U.S. Bankruptcy Court, (5414 U.S. Steel Tower, 600 Grant Street, Pittsburgh, PA 15219) and served on counsel for the Moving Party.

(2) This Motion is scheduled for hearing on *November 29, 2023 at 11:00 AM* in Courtroom A, 54th Floor, U.S. Steel Tower, 600 Grant Street, Pittsburgh, PA 15219, at which time the parties and/or their counsel shall appear and the Court will dispose of the Motion. In accordance with Judge Taddonio's procedures, parties may appear for non−evidentiary matters remotely by utilizing the Zoom video conference platform. Parties seeking to appear remotely must register for the hearing by submitting a registration form via the link published on Judge Taddonio's website (which can be found at:
http://www.pawb.uscourts.gov/judge−taddonios−video−conference−hearing−information) by no later than 4 p.m. on the business day prior to the scheduled hearing. All parties participating remotely shall comply with Judge Taddonio's General Procedures (which can be found at: http://www.pawb.uscourts.gov/sites/default/files/pdfs/glt−proc.pdf).
**Parties who fail to timely register for remote participation will be expected to attend the hearing in person.**

(3) If, after proper service, a Respondent fails to timely file a *Response*, the Court *may* determine that no hearing is required and accordingly enter the order by default. ***To determine if a default order has been entered, the Moving Party is directed to the calendar for Judge Gregory L Taddonio posted on the Court's website at www.pawb.uscourts.gov one day prior to the hearing.*** In the event a default order has been signed, the Moving Party shall ***IMMEDIATELY*** advise all affected parties. If a default order has not been entered, the parties are *required* to appear at the hearing.

(4) Once the Motion is approved, if either the Debtor's *Certificate of Discharge Eligibility* or *Certificate of Financial Management* is not timely filed, *the case is **SUBJECT TO CLOSURE WITHOUT A DISCHARGE*** *without further notice or hearing.*

_____
Gregory L. Taddonio, Chief Judge
United States Bankruptcy Court

cm: All Parties Listed on The Clerk's Mailing Matrix

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 18-22625-GLT |
| James J. Solinski | Chapter 13 |
| Cheryl L. Solinski | |
| Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-2 | User: auto | Page 1 of 3 |
| Date Rcvd: Sep 28, 2023 | Form ID: 604 | Total Noticed: 20 |

The following symbols are used throughout this certificate:
**Symbol      Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 30, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | James J. Solinski, Cheryl L. Solinski, 625 Glengarry Ct., Pittsburgh, PA 15239-5314 |
| 14888132 | + | Kia Financial, 10550 Talbert Avenue, Fountain Valley, CA 92708-6031 |
| 14943027 | + | LakeView Loan Servicing, LLC, C/O McCabe, Weisberg & Conway, LLC, Suite 1400, 123 South Broad Street, Philadelphia, PA 19109-1060 |
| 14872808 | + | Lakeview Loan Servicing, LLC, c/o McCabe, Weisberg, & Conway, 123 S. Broad St., Suite 1400, Philadelphia, PA 19109-1060 |

TOTAL: 4

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/PDF: acg.acg.ebn@aisinfo.com | Sep 29 2023 02:32:29 | Ally Bank, c/o AIS Portfolio Services, LP, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| cr | + | Email/Text: Hcabankruptcy-courtnotices@hcamerica.com | Sep 29 2023 01:14:00 | Hyundai Lease Titling Trust, P.O. Box 20829, Fountain Valley, CA 92728-0829 |
| cr | + | Email/Text: ebnpeoples@grblaw.com | Sep 29 2023 01:11:00 | Peoples Natural Gas Company LLC, c/o S. James Wallace, P.C., 845 N. Lincoln Ave., Pittsburgh, PA 15233-1828 |
| 14872805 | + | Email/Text: bankruptcy@rentacenter.com | Sep 29 2023 01:14:00 | Acceptance Now, 5501 Headquarters Drive, Plano, TX 75024-6191 |
| 14878172 | | Email/Text: ally@ebn.phinsolutions.com | Sep 29 2023 01:10:00 | Ally Bank, PO Box 130424, Roseville MN 55113-0004 |
| 14872806 | + | Email/Text: ally@ebn.phinsolutions.com | Sep 29 2023 01:10:00 | Ally Financial, PO Box 380901, Bloomington, MN 55438-0901 |
| 14872807 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Sep 29 2023 01:09:15 | Capital One Bank, 10700 Capital One Way, Richmond, VA 23060-9243 |
| 14904352 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Sep 29 2023 01:26:29 | Capital One Bank (USA), N.A., PO Box 71083, Charlotte, NC 28272-1083 |
| 15440107 | + | Email/Text: nsm_bk_notices@mrcooper.com | Sep 29 2023 01:11:00 | Community Loan Servicing, LLC, 4425 Ponce De Leon Blvd. 5th Floor, Coral Gables, Florida 33146-1839 |
| 14910104 | + | Email/Text: kburkley@bernsteinlaw.com | Sep 29 2023 01:14:00 | Duquesne Light Company, c/o Bernstein-Burkley, P.C., 707 Grant St., Suite 2200, Gulf Tower, Pittsburgh, PA 15219-1945 |
| 14885966 | + | Email/Text: Hcabankruptcy-courtnotices@hcamerica.com | Sep 29 2023 01:14:00 | Hyundai Lease Titling Trust, PO Box 20825, Fountain Valley, CA 92728-0825 |
| 14911812 | + | Email/Text: LC-Bankruptcy-RF@loancare.net | Sep 29 2023 01:11:00 | LakeView Loan Servicing, LLC, LoanCare, LLC, 3637 Sentara Way, Virginia Beach, VA 23452-4262 |
| 15511270 | + | Email/Text: nsm_bk_notices@mrcooper.com | Sep 29 2023 01:11:00 | Lakeview Loan Servicing, LLC, C/O RightPath |

| District/off: 0315-2 | User: auto | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Sep 28, 2023 | Form ID: 604 | Total Noticed: 20 |

| | | | | |
|---|---|---|---|---|
| | | | | Servicing, PO Box 619096, Dallas, TX 75261-9096 |
| 14872809 | + Email/Text: LC-Bankruptcy-RF@loancare.net | | Sep 29 2023 01:11:00 | Loancare Servicing Center, 3637 Sentara Way, Suite 303, Virginia Beach, VA 23452-4262 |
| 14903527 | + Email/PDF: OGCRegionIIIBankruptcy@hud.gov | | Sep 29 2023 03:14:58 | U.S. Department of Housing and Urban Development, U.S. Department of HUD, 451 7th Street S.W., Washington, DC 20410-0001 |
| 14903407 | Email/PDF: ebn_ais@aisinfo.com | | Sep 29 2023 01:27:48 | Verizon, by American InfoSource as agent, PO Box 248838, Oklahoma City, OK 73124-8838 |

TOTAL: 16

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | Community Loan Servicing, LLC |
| cr | | LAKEVIEW LOAN SERVICING, LLC |
| cr | | LakeView Loan Servicing, LLC |
| cr | *+ | Duquesne Light Company, c/o Bernstein-Burkley, P.C., 707 Grant Street, Suite 2200, Gulf Tower, Pittsburgh, PA 15219-1945 |
| 14888129 | *+ | Acceptance Now, 5501 Headquarters Drive, Plano, TX 75024-6191 |
| 14888130 | *+ | Ally Financial, PO Box 380901, Bloomington, MN 55438-0901 |
| 14888131 | *+ | Capital One Bank, 10700 Capital One Way, Richmond, VA 23060-9243 |
| 14888133 | *+ | Kia Financial, 10550 Talbert Avenue, Fountain Valley, CA 92708-6031 |
| 14888134 | *+ | Lakeview Loan Servicing, LLC, c/o McCabe, Weisberg, & Conway, 123 S. Broad St., Suite 1400, Philadelphia, PA 19109-1060 |
| 14888135 | *+ | Loancare Servicing Center, 3637 Sentara Way, Suite 303, Virginia Beach, VA 23452-4262 |

TOTAL: 3 Undeliverable, 7 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 30, 2023    Signature:    /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 27, 2023 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Brian Nicholas | on behalf of Creditor LAKEVIEW LOAN SERVICING  LLC bnicholas@kmllawgroup.com |
| Kenneth Steidl | on behalf of Joint Debtor Cheryl L. Solinski julie.steidl@steidl-steinberg.com ken.steidl@steidl-steinberg.com;ifriend@steidl-steinberg.com;asteidl@steidl-steinberg.com;todd@steidl-steinberg.com;rlager@steidl-steinberg.com;awerkmeister@steidl-steinberg.com;amattish@steidl-steinberg.com |
| Kenneth Steidl | on behalf of Debtor James J. Solinski julie.steidl@steidl-steinberg.com ken.steidl@steidl-steinberg.com;ifriend@steidl-steinberg.com;asteidl@steidl-steinberg.com;todd@steidl-steinberg.com;rlager@steidl-steinberg.com;awerkmeister@steidl-steinberg.com;amattish@steidl-steinberg.com |
| Keri P. Ebeck | |

| | | |
|---|---|---|
| District/off: 0315-2 | User: auto | Page 3 of 3 |
| Date Rcvd: Sep 28, 2023 | Form ID: 604 | Total Noticed: 20 |

on behalf of Creditor Duquesne Light Company kebeck@bernsteinlaw.com jbluemle@bernsteinlaw.com;kebeck@ecf.courtdrive.com

Marisa Myers Cohen

on behalf of Creditor LAKEVIEW LOAN SERVICING LLC ecfmail@mwc-law.com, mcohen@mwc-law.com

Office of the United States Trustee

ustpregion03.pi.ecf@usdoj.gov

Raymond M Kempinski

on behalf of Creditor LakeView Loan Servicing LLC ecfmail@mwc-law.com, ecfmail@ecf.courtdrive.com

Ronda J. Winnecour

cmecf@chapter13trusteewdpa.com

S. James Wallace

on behalf of Creditor Peoples Natural Gas Company LLC ecfpeoples@grblaw.com Equitablebankruptcy@peoples-gas.com

William E. Craig

on behalf of Creditor Hyundai Lease Titling Trust ecfmail@mortoncraig.com mhazlett@mortoncraig.com;mortoncraigecf@gmail.com

TOTAL: 10