## IN THE UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF PENNSYLVANIA

IN RE:

JAMES J. SOLINSKI
CHERYL L. SOLINSKI
        Debtor(s)

Ronda J. Winnecour
Chapter 13 Trustee,
        Movant
    vs.
No Respondents.

Case No.:18-22625

Chapter 13

Document No.:

### CHAPTER 13 TRUSTEE'S MOTION FOR DISCHARGE OF DEBTOR
### AND APPROVAL OF TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS

Ronda J. Winnecour, Chapter 13 Trustee, respectfully represents the following:

1. The plan was confirmed in this Chapter 13 case, and the undersigned served as Trustee.

2. The Trustee has examined the terms of the confirmed Chapter 13 plan, the history of payments to creditors and the claims filed in this Chapter 13 case. The Trustee now recommends that the Court treat this Chapter 13 case as complete.

3. Attached hereto, please find the **Trustee's Report of Receipts and Disbursements** in this case.

4. After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee's office will file **UST FORM 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account** (the "Final Report"). Upon submission of the Final Report, the Trustee asks the Court to discharge her from her duties in this case and close this case.

**Wherefore**, the Trustee requests that the Court,

1. Grant the Debtor(s) a discharge pursuant to Section 1328(a) of the Bankruptcy Code,
2. Approve the Trustee's Report of Receipts and Disbursements,
3. Terminate wage attachments,
4. Revest property of the estate in the debtor(s), and
5. Enter a final decree and close this case.

September 26, 2023

/s/  Ronda J. Winnecour

RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

### TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS

Ronda J. Winnecour, Trustee for the above case, submits the following report pursuant to 11 USC 1302 (b) (1).

    1. The case was filed on 06/29/2018 and confirmed on 8/30/18 . The case was subsequently Completed After Confirmation

    2. The Trustee made the following disbursements.

| | | |
|---|---:|---:|
| Total Receipts | | 180,621.18 |
| Less Refunds to Debtor | 0.00 | |
| TOTAL AMOUNT OF PLAN FUND | | 180,621.18 |

| Administrative Fees | | |
|---|---:|---:|
| Filing Fee | 0.00 | |
| Notice Fee | 0.00 | |
| Attorney Fee | 10,474.71 | |
| Trustee Fee | 8,173.87 | |
| Court Ordered Automotive Insurance | 0.00 | |
| TOTAL ADMINISTRATIVE FEES | | 18,648.58 |

| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| **Secured** | | | | |
| LAKEVIEW LOAN SERVICING LLC | 0.00 | 102,101.19 | 0.00 | 102,101.19 |
| Acct: 9309 | | | | |
| LAKEVIEW LOAN SERVICING LLC | 25,899.32 | 25,899.32 | 0.00 | 25,899.32 |
| Acct: 9309 | | | | |
| ALLY BANK(*) | 8,347.78 | 8,347.78 | 742.54 | 9,090.32 |
| Acct: 7887 | | | | |
| US DEPARTMENT OF HUD**++ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 8452 | | | | |
| | | | | 137,090.83 |
| **Priority** | | | | |
| KENNETH STEIDL ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| JAMES J. SOLINSKI | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| STEIDL & STEINBERG | 3,200.00 | 3,200.00 | 0.00 | 0.00 |
| Acct: | | | | |
| STEIDL & STEINBERG | 7,274.71 | 7,274.71 | 0.00 | 0.00 |
| Acct: XXXXXXXXXXXXXXXXXXXXXXXXXX4-23 | | | | |
| HYUNDAI LEASE TITLING TRUST | 12,738.36 | 12,738.36 | 0.00 | 12,738.36 |
| Acct: 5993 | | | | |
| CREDIT ACCEPTANCE CORP* | 0.00 | 8,740.20 | 0.00 | 8,740.20 |
| Acct: 7879 | | | | |
| | | | | 21,478.56 |
| **Unsecured** | | | | |
| ACCEPTANCE NOW | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 7934 | | | | |
| CAPITAL ONE BANK (USA) NA BY AMERIC | 1,689.78 | 1,689.78 | 0.00 | 1,689.78 |
| Acct: 1873 | | | | |
| VERIZON BY AMERICAN INFOSOURCE LP | 252.03 | 252.03 | 0.00 | 252.03 |
| Acct: 0001 | | | | |
| VERIZON BY AMERICAN INFOSOURCE LP | 1,066.86 | 1,066.86 | 0.00 | 1,066.86 |
| Acct: 0001 | | | | |
| DUQUESNE LIGHT COMPANY(*) | 394.54 | 394.54 | 0.00 | 394.54 |

18-22625

| Creditor Type    Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---|---|---|---|
| Unsecured | | | | |
| Acct: 8441 | | | | |
| KERI P EBECK ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| MCCABE WEISBERG & CONWAY LLC | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| PEOPLES NATURAL GAS CO LLC* | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| WILLIAM E CRAIG ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| AIS PORTFOLIO SERVICES (AMERICAN IN | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| KML LAW GROUP PC* | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| | | | | 3,403.21 |

TOTAL PAID TO CREDITORS                                                                  161,972.60

TOTAL CLAIMED
PRIORITY              12,738.36
SECURED              34,247.10
UNSECURED             3,403.21

Date: 09/26/2023

/s/ Ronda J. Winnecour

RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

**IN THE UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

IN RE:
    JAMES J. SOLINSKI
    CHERYL L. SOLINSKI
         Debtor(s)

    Ronda J. Winnecour
         Movant
         vs.
    No Repondents.

Case No.:18-22625

Chapter 13

Document No.:

**ORDER OF COURT**

  AND NOW, this _____day of _____, 20____, upon consideration of the **Chapter 13 Trustee's Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements**, and following notice to the creditors and an opportunity to be heard, it is hereby **ORDERED, ADJUDGED** and **DECREED**, as follows:

    (1). This Court finds that the Chapter 13 plan, as supplemented by any and all amendments, has been fully and finally completed.

    (2). The debtor(s) is/are entitled to and shall receive a discharge in this case pursuant to Section 1328(a) of the Bankruptcy Code.

    (3). To the extent not previously terminated, the wage attachment(s) issued in this case is/are immediately terminated and the debtor(s) shall serve a copy of this order on any affected employer(s).

    (4). Property of the estate hereby revests in the debtor(s). This revestment of property is free and clear of any and all claims or interests except as otherwise treated in the plan or in the Order confirming the Plan. All restrictions of the debtor(s)' use of the property of the estate is hereby terminated.

    (5). Each and every creditor is bound by the provisions of the completed plan, whether or not the claim of such creditor is provided for in the Plan, and whether or not such creditor has objected to, has accepted or rejected the plan. All mortgage and other secured debts provided for by the Plan are hereby found to be cured of any and all monetary defaults as of the payment date for which the Trustee last made a distribution, and no additional interest, late fees or penalties may be assessed for time periods or payments due prior to that date.

    (6). After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee shall file UST Form 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account (the "Final Report"). Upon submission of the Final Report, the Trustee is discharged from her duties in this case and the case will be closed.

BY THE COURT:

_____
U.S. BANKRUPTCY JUDGE

United States Bankruptcy Court

Western District of Pennsylvania

In re: | | Case No. 18-22625-GLT

James J. Solinski | | Chapter 13

Cheryl L. Solinski

    Debtors

# CERTIFICATE OF NOTICE

District/off: 0315-2 | User: auto | Page 1 of 3

Date Rcvd: Sep 28, 2023 | Form ID: pdf900 | Total Noticed: 20

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 30, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | James J. Solinski, Cheryl L. Solinski, 625 Glengarry Ct., Pittsburgh, PA 15239-5314 |
| 14888132 | + | Kia Financial, 10550 Talbert Avenue, Fountain Valley, CA 92708-6031 |
| 14943027 | + | LakeView Loan Servicing, LLC, C/O McCabe, Weisberg & Conway, LLC, Suite 1400, 123 South Broad Street, Philadelphia, PA 19109-1060 |
| 14872808 | + | Lakeview Loan Servicing, LLC, c/o McCabe, Weisberg, & Conway, 123 S. Broad St., Suite 1400, Philadelphia, PA 19109-1060 |

TOTAL: 4

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**

Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/PDF: acg.acg.ebn@aisinfo.com | Sep 29 2023 01:28:37 | Ally Bank, c/o AIS Portfolio Services, LP, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| cr | + | Email/Text: Hcabankruptcy-courtnotices@hcamerica.com | Sep 29 2023 01:14:00 | Hyundai Lease Titling Trust, P.O. Box 20829, Fountain Valley, CA 92728-0829 |
| cr | + | Email/Text: ebnpeoples@grblaw.com | Sep 29 2023 01:11:00 | Peoples Natural Gas Company LLC, c/o S. James Wallace, P.C., 845 N. Lincoln Ave., Pittsburgh, PA 15233-1828 |
| 14872805 | + | Email/Text: bankruptcy@rentacenter.com | Sep 29 2023 01:14:00 | Acceptance Now, 5501 Headquarters Drive, Plano, TX 75024-6191 |
| 14878172 | | Email/Text: ally@ebn.phinsolutions.com | Sep 29 2023 01:10:00 | Ally Bank, PO Box 130424, Roseville MN 55113-0004 |
| 14872806 | + | Email/Text: ally@ebn.phinsolutions.com | Sep 29 2023 01:10:00 | Ally Financial, PO Box 380901, Bloomington, MN 55438-0901 |
| 14872807 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Sep 29 2023 01:27:01 | Capital One Bank, 10700 Capital One Way, Richmond, VA 23060-9243 |
| 14904352 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Sep 29 2023 01:09:11 | Capital One Bank (USA), N.A., PO Box 71083, Charlotte, NC 28272-1083 |
| 15440107 | + | Email/Text: nsm_bk_notices@mrcooper.com | Sep 29 2023 01:11:00 | Community Loan Servicing, LLC, 4425 Ponce De Leon Blvd. 5th Floor, Coral Gables, Florida 33146-1839 |
| 14910104 | + | Email/Text: kburkley@bernsteinlaw.com | Sep 29 2023 01:14:00 | Duquesne Light Company, c/o Bernstein-Burkley, P.C., 707 Grant St., Suite 2200, Gulf Tower, Pittsburgh, PA 15219-1945 |
| 14885966 | + | Email/Text: Hcabankruptcy-courtnotices@hcamerica.com | Sep 29 2023 01:14:00 | Hyundai Lease Titling Trust, PO Box 20825, Fountain Valley, CA 92728-0825 |
| 14911812 | + | Email/Text: LC-Bankruptcy-RF@loancare.net | Sep 29 2023 01:11:00 | LakeView Loan Servicing, LLC, LoanCare, LLC, 3637 Sentara Way, Virginia Beach, VA 23452-4262 |
| 15511270 | + | Email/Text: nsm_bk_notices@mrcooper.com | Sep 29 2023 01:11:00 | Lakeview Loan Servicing, LLC, C/O RightPath |

District/off: 0315-2 | User: auto | Page 2 of 3
Date Rcvd: Sep 28, 2023 | Form ID: pdf900 | Total Noticed: 20

| | | | | | Servicing, PO Box 619096, Dallas, TX 75261-9096 |
|---|---|---|---|---|---|
| 14872809 | + | Email/Text: LC-Bankruptcy-RF@loancare.net | | Sep 29 2023 01:11:00 | Loancare Servicing Center, 3637 Sentara Way, Suite 303, Virginia Beach, VA 23452-4262 |
| 14903527 | + | Email/PDF: OGCRegionIIIBankruptcy@hud.gov | | Sep 29 2023 03:14:58 | U.S. Department of Housing and Urban Development, U.S. Department of HUD, 451 7th Street S.W., Washington, DC 20410-0001 |
| 14903407 | | Email/PDF: ebn_ais@aisinfo.com | | Sep 29 2023 01:27:48 | Verizon, by American InfoSource as agent, PO Box 248838, Oklahoma City, OK 73124-8838 |

TOTAL: 16

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | Community Loan Servicing, LLC |
| cr | | LAKEVIEW LOAN SERVICING, LLC |
| cr | | LakeView Loan Servicing, LLC |
| cr | *+ | Duquesne Light Company, c/o Bernstein-Burkley, P.C., 707 Grant Street, Suite 2200, Gulf Tower, Pittsburgh, PA 15219-1945 |
| 14888129 | *+ | Acceptance Now, 5501 Headquarters Drive, Plano, TX 75024-6191 |
| 14888130 | *+ | Ally Financial, PO Box 380901, Bloomington, MN 55438-0901 |
| 14888131 | *+ | Capital One Bank, 10700 Capital One Way, Richmond, VA 23060-9243 |
| 14888133 | *+ | Kia Financial, 10550 Talbert Avenue, Fountain Valley, CA 92708-6031 |
| 14888134 | *+ | Lakeview Loan Servicing, LLC, c/o McCabe, Weisberg, & Conway, 123 S. Broad St., Suite 1400, Philadelphia, PA 19109-1060 |
| 14888135 | *+ | Loancare Servicing Center, 3637 Sentara Way, Suite 303, Virginia Beach, VA 23452-4262 |

TOTAL: 3 Undeliverable, 7 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Sep 30, 2023          Signature:          /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 26, 2023 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Brian Nicholas | |
| | on behalf of Creditor LAKEVIEW LOAN SERVICING  LLC bnicholas@kmllawgroup.com |
| Kenneth Steidl | |
| | on behalf of Joint Debtor Cheryl L. Solinski julie.steidl@steidl-steinberg.com ken.steidl@steidl-steinberg.com;jfriend@steidl-steinberg.com;asteidl@steidl-steinberg.com;todd@steidl-steinberg.com;rlager@steidl-steinberg.com;awerkmeister@steidl-steinberg.com;amattish@steidl-steinberg.com |
| Kenneth Steidl | |
| | on behalf of Debtor James J. Solinski julie.steidl@steidl-steinberg.com ken.steidl@steidl-steinberg.com;jfriend@steidl-steinberg.com;asteidl@steidl-steinberg.com;todd@steidl-steinberg.com;rlager@steidl-steinberg.com;awerkmeister@steidl-steinberg.com;amattish@steidl-steinberg.com |
| Keri P. Ebeck | |

District/off: 0315-2                                User: auto                              Page 3 of 3
Date Rcvd: Sep 28, 2023                          Form ID: pdf900                       Total Noticed: 20

on behalf of Creditor Duquesne Light Company kebeck@bernsteinlaw.com
jbluemle@bernsteinlaw.com;kebeck@ecf.courtdrive.com

Marisa Myers Cohen

on behalf of Creditor LAKEVIEW LOAN SERVICING  LLC ecfmail@mwc-law.com, mcohen@mwc-law.com

Office of the United States Trustee
ustpregion03.pi.ecf@usdoj.gov

Raymond M Kempinski

on behalf of Creditor LakeView Loan Servicing  LLC ecfmail@mwc-law.com, ecfmail@ecf.courtdrive.com

Ronda J. Winnecour

cmecf@chapter13trusteewdpa.com

S. James Wallace

on behalf of Creditor Peoples Natural Gas Company LLC ecfpeoples@grblaw.com  Equitablebankruptcy@peoples-gas.com

William E. Craig

on behalf of Creditor Hyundai Lease Titling Trust ecfmail@mortoncraig.com
mhazlett@mortoncraig.com;mortoncraigecf@gmail.com


TOTAL: 10