**Fill in this information to identify the Fill in this information to identify the case:**

| | |
|---|---|
| Debtor 1 | James J. Solinski |
| Debtor 2 | Cheryl L. Solinski |
| Debtor 2 | |

United States Bankruptcy Court for the WESTERN District of Pennsylvania

Case number   18-22625 GLT

Official Form 410S1

# Notice of Mortgage Payment Change

12/15

If the debtor's plan provides for payment of postpetition contractual installments on your claim secured by a security interest in the debtor's principal residence, you must use this form to give notice of any changes in the installment payment amount.  File this form as a supplement to your proof of claim at least 21 days before the new payment amount is due. See Bankruptcy Rule 3002.1.

**Name of creditor: Lakeview Loan Servicing, LLC**

**Last 4 digits** of any number you use to identify the debtor's account: 9309

**Court claim no.** (if known): 8

**Date of payment change:**
Must be at least 21 days after date of this notice                    11/01/2022

**New total payment:**                                $1539.55
Principal, interest, and escrow, if any

---

**Part 1:   Escrow Account Payment Adjustment**

1. **Will there be a change in the debtor's escrow account payment?**

   ☐ No

   ☒ Yes. Attach a copy of the escrow account statement prepared in a form consistent with applicable nonbankruptcy law. Describe the basis for the change. If a statement is not attached, explain why: _____

   | | |
   |---|---|
   | Current escrow payment: $761.03 | New escrow payment: $ 610.34 |

---

**Part 2:   Mortgage Payment Adjustment**

2. **Will the debtor's principal and interest payment change based on an adjustment to the interest rate on the debtor's variable-rate account?**

   ☒ No

   ☐ Yes. Attach a copy of the rate change notice prepared in a form consistent with applicable nonbankruptcy law. If a notice is not attached, explain why: _____

   | | |
   |---|---|
   | Current interest rate: _____% | New interest rate: _____% |
   | Current principal and interest payment: $_____ | New principal and interest payment: $_____ |

---

**Part 3:   Other Payment Change**

3. **Will there be a change in the debtor's mortgage payment for a reason not listed above?**

   ☒ No

   ☐ Yes. Attach a copy of any documents describing the basis for the change, such as a repayment plan or loan modification agreement. (*Court approval may be required before the payment change can take effect.*)

   Reason for change:_____

   | | |
   |---|---|
   | Current mortgage payment: $_____ | New mortgage payment: $ _____ |

Document ID: b92a8227b13b94f2ff3f3ba725be8e1d60fa68e1615c1a5bdb59e89d37c636a2

Debtor(s)    <u>James J. Solinski, Cheryl L. Solinski</u>  Case number (*if known*)  18-22625 GLT
             First Name        Middle Name        Last Name

| Part 4: | Sign Here |
|---------|-----------|

The person completing this Notice must sign it. Sign and print your name and your title, if any, and state your address and telephone number.

*Check the appropriate box.*

☐  I am the creditor.

☒  I am the creditor's authorized agent.

**I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.**

✖ /s/Brian C. Nicholas (Atty ID: 317240)                Date    09/27/2022
    Signature
Print:  Brian Nicholas
        27 Sep 2022, 16:36:28, EDT

Title  <u>Attorney for Creditor</u>

Company    <u>KML Law Group, P.C.</u>

Address    <u>701         Market Street, Suite 5000</u>
           Number        Street
           Philadelphia,                        PA    19106
           City                                 State    ZIP Code

Contact phone  (215) 627–1322          Email  <u>bkgroup@kmllawgroup.com</u>

Document ID: b92a8227b13b94f2ff3f3ba725be8e1d60fa68e1615c1a5bdb59e89d37c636a2