# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **IN RE:** James J. Solinski<br>Cheryl L. Solinski<br>               **Debtor(s)** | **BK NO. 18-22625 GLT**<br><br>**Chapter 13** |
| **Lakeview Loan Servicing, LLC**<br>               **Movant**<br>**vs.** | **Related to Claim No. 8** |
| **James J. Solinski**<br>**Cheryl L. Solinski**<br>               **Debtor(s)** | |
| **Ronda J. Winnecour,**<br>               **Trustee** | |

## CERTIFICATE OF SERVICE
## NOTICE OF MORTGAGE PAYMENT CHANGE

I, Brian C. Nicholas of KML Law Group, P.C., certify that I am, and at all times hereinafter mentioned was, more than 18 years of age and that on October 06, 2022, I served the above captioned pleading, filed in the proceeding on the parties at the addresses shown below;

Debtor(s)
James J. Solinski
625 Glengarry Court
Pittsburgh, PA 15239

Cheryl L. Solinski
625 Glengarry Court
Pittsburgh, PA 15239

Attorney for Debtor(s)
Kenneth Steidl, Steidl & Steinberg
707 Grant Street, Suite 2830, Gulf Tower
Pittsburgh, PA 15219

Trustee
Ronda J. Winnecour
Suite 3250, USX Tower
600 Grant Street
Pittsburgh, PA 15219

Method of Service:  electronic means or first class mail

Dated: October 06, 2022

**/s/Brian C. Nicholas Esquire**
Brian C. Nicholas Esquire
Attorney I.D. 317240
KML Law Group, P.C.
BNY Mellon Independence Center
701 Market Street, Suite 5000
Philadelphia, PA 19106
201-549-5366
bnicholas@kmllawgroup.com